UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

REVEROL WADNIPAR,

    Plaintiff,

v.

WARDEN, ADELANTO ICE
PROCESSING CENTER,

    Defendant.

Case No. 5:26-cv-02332-SB-ADS

FINAL JUDGMENT

For the reasons stated in the separate order entered this date, it is ordered that Petitioner Rider de Jesus Reverol Wadnipar's petition for writ of habeas corpus is denied without prejudice.

This is a final judgment.

Date: June 10, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1